UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOCKE AIRD and
DAWNANN MORELLA,

      Plaintiffs,

v.

                                  CASE NO.: 2:19-cv-00550-SPC-NPM

DAS HOTELS, LLC, dba Knights Inn,
a Florida Limited Liability Company,
SURESH "SAM" PATEL, Individually,
and BINA PATEL, Individually,

      Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

The Parties, by and through their undersigned counsel, and pursuant to this Court's FLSA Scheduling Order, hereby jointly file their Report Regarding Settlement of this matter. The parties advise the Court as follows:

____ Have settled the case and will file settlement documents within fifteen (15) days from the date of this Report.

____ Have not settled the case but wish to continue settlement discussions another fourteen days (14) days prior to filing the Case Management Report.

____ Wish to engage in a formal mediation conference.

____ Request a settlement conference before a United States Magistrate Judge.

__X__ Have exhausted all settlement efforts and will file a Case Management Report within seven (7) days from the date of this Report.

Dated: December 10, 2019                Respectfully submitted

By: */s/ Chanelle J. Ventura*            */s/ Gordon Duncan*
Chanelle J. Ventura                       Gordon Duncan
Fla. Bar No.1002876                   Fla. Bar No. 0258563
*Counsel for Plaintiffs*                    *Counsel for Defendants*

| | |
|---|---|
| **MORGAN & MORGAN, P.A.** | **DUNCAN & ASSOCIATES, P.A.** |
| 8151 Peters Road, Suite 4000 | P.O. Box 249 |
| Plantation, FL 33324 | Fort Myers, FL 33902 |
| Tel: (954) 318-0268 | Tel: 239.334.4574 |
| Email: CVentura@forthepeople.com | Email: Gordon@duncanassocaitesfl.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on December 10, 2019.

*/s/ Chanelle J. Ventura*
Chanelle J. Ventura