UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOCKE AIRD and DAWNANN MORELLA,

    Plaintiffs,

v.                              Case No.:   2:19-cv-550-FtM-38NPM

DAS HOTELS LLC, SURESH SAM PATEL and BINA PATEL,

    Defendants.
_____/

## OPINION AND ORDER[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (R&R) (Doc. 40), recommending the Court grant the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 39). The parties have expressly waived any objections to the R&R. (Doc. 41).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Judge Mizell found the monetary and nonmonetary terms of the parties' proposed settlement agreement fair and reasonable. After a careful and complete review of the R&R, the Court agrees.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 40) is **ACCEPTED and ADOPTED.**

(1) The parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 39) is **GRANTED**, and this case is **DISMISSED** with prejudice.

(2) The Clerk is **DIRECTED** to enter judgment, terminate all pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of July, 2020.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record